John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
jmanning@foothill.net

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-09-276 JAM |
| Plaintiff, ) | REQUEST TO PHONE MEXICO AND |
| v. ) | ATTACHED ORDER |
| MARTIN NEVAREZ et al., ) | |
| Defendants. ) | |

    Roberto Rodriguez hereby requests that he be able to telephone his family in Mexico from the Sacramento County Jail at his own expense. Mr. Rodriguez's wife (Monica) and two small children (Aristani-age 5 and Ayleen-age 2) live in Mexico and have not been able to visit him while he has been in custody. (Mr. Rodriguez has been in custody since June 10, 2009.) The jail will allow Mr. Rodriguez to telephone his wife's home in Union de Tula, Jalisco, Mexico with an international calling card, if the Court so orders.

    Mr. Rodriguez's x-reference number of 4549904 and he is housed at 6W Pod 1 Cell 1A. Mr. Rodriguez hereby requests this court order the Sacramento County jail to grant him access to a

1

telephone on which he can place a call using an international calling card to the home of his wife, Monica Gonzalez, and children, at telephone number: 011-316-37-12773, and that Mr. Rodriguez be allowed to speak with his wife and children for at least twenty minutes, or for such longer time as the Sacramento County Sheriff may allow. This request is contingent upon the defendant's use of an international calling card which he will purchase so that no long distant telephone costs are incurred by the County of Sacramento.

DATED: May 3, 2010

                                        /s/John R. Manning
                                        Attorney for Defendant,
                                        ROBERTO RODRIGUEZ

## ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT THE Sheriff of the Sacramento County, or its agents or employees, consistent with security procedures, allow defendant ROBERTO RODRIGUEZ to place a telephone call to his family in Union de Tula, Jalisco, Mexico using an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

DATED: May 4, 2010.

                                        /s/ John A. Mendez
                                        Hon. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE