1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ANTONIO BALDENEGRO
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    ) No. CR-S 09-276 JAM
                                )
12            Plaintiff,        )
                                ) STIPULATION AND ORDER VACATING
13     v.                       ) DATE, CONTINUING CASE, AND
                                ) EXCLUDING TIME
14 ANTONIO BALDENEGRO, et al.,  )
              Defendant.        )
15                              ) Date   September 14, 2010
   _____) Time:  9:30 a.m.
16                              ) Judge: Hon. Mendez

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant Antonio Baldenegro; Attorney Hayes Gable,

21 Counsel for Jose Lozano Lopez; Attorney Michael Bigelow, Counsel for

22 Jose Gutierrez; Attorney Clemente Jimenez, Counsel for Jesus Sandoval;

23 Attorney John Manning, Counsel for Roberto Rodriguez, that the status

24 conference scheduled for August 3, 2010 be vacated and the matter be

25 continued to this Court's criminal calendar on September 14, 2010, at

26 9:30 a.m. for further status and possible change of plea.

27     This continuance is requested by the defense in order to permit

28 counsel to continue in negotiations with the prosecution in attempt to

reach a final plea agreement and to review the final plea agreements with the respective clients.  Some clients are located in Butte County, which requires substantial traveling time.   The prosecutor has provided plea agreements to all counsel and it is anticipated that either pleas or the setting of trial dates will occur at the next court date.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 14, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: August 2, 2010  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Antonio Baldenegro

Dated: August 2, 2010  /S/ Hayes Gable
HAYES GABLE
Attorney for
Jesus Lozano Lopez

Dated: August 2, 2010  /S/ Michael Bigelow
MICHAEL BIGELOW
Attorney for
Jose Gutierrez

| | | |
|---|---|---|
| Dated: August 2, 2010 | | /S/ Clemente Jimenez |
| | | CLEMENTE JIMENEZ |
| | | Attorney for |
| | | Jesus Sandoval |

Dated: August 2, 2010                      /S/ John Manning
                                           JOHN MANNING
                                           Attorney for
                                           Roberto Rodriguez

Dated: August 2, 2010                      /S/ Heiko Coppola
                                           HEIKO COPPOLA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

By the Court,

Dated: August 2, 2010                      /s/ John A. Mendez
                                           Hon. John A. Mendez
                                           United States District Judge