1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4  jmanning@foothill.net

5  Attorney for Defendant
   ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-09-276 JAM |
| ) | |
| Plaintiff, ) | SUPPLEMENTAL REQUEST TO PHONE |
| ) | MEXICO AND ATTACHED ORDER |
| ) | |
| v. ) | |
| ) | |
| MARTIN NEVAREZ et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Roberto Rodriguez hereby requests that he be allowed to telephone his family in Mexico (Union de Tula, Jalisco, Mexico) from the Sacramento County Jail at his own expense.[1] This Court previously approved a request on behalf of Mr. Rodriguez to allow Mr. Rodriguez a single phone call to his family in Mexico.  Mr. Rodriguez was provided with a pre-paid "phone card" and allowed to call his family in Mexico.  Jail staff informed Mr. Rodriguez

---

[1] Regardless of the Court's position on this request, Mr. Rodriguez is grateful for the opportunity already provided him to speak with his wife and children.  Mr. Rodriguez sincerely thanks the Court.

1

they are willing to allow Mr. Rodriguez future calls of an identical nature, assuming the jail does not incur any expense for the calls and the Court allows him (Mr. Rodriguez) to make such calls.

Mr. Rodriguez has sufficient funds remaining on his pre-paid calling card to make several additional calls to his wife and children in Mexico. Mr. Rodriguez requests he be allowed to call his family in Mexico (his wife and two children) every other week, at the Sacramento Main Jail's convenience (beginning, if possible, the week of August 9, 2010).

Mr. Rodriguez's wife (Monica) and two small children (Aristani-age 5 and Ayleen-age 2) live in Mexico and have not been able to visit him while he has been in custody. (Mr. Rodriguez has been in custody since June 10, 2009.) Mr. Rodriguez' matter is next on the calendar on September 14, 2010.

Mr. Rodriguez hereby requests this court order the Sacramento County jail to grant him access to a telephone on which he can place calls using an international calling card to the home of his wife, Monica Gonzalez, and children, at telephone number: 011-316-37-12773, and that Mr. Rodriguez be allowed to speak with his wife and children for at least twenty minutes, or for such longer time as the Sacramento County Sheriff may allow. Mr. Rodriguez further requests he be allowed to call his family in Mexico (his wife and two children) every other week, at the Sacramento Main Jail's convenience (beginning, if possible, the week of August 9, 2010). This request is contingent upon the defendant's use of an international calling card which he will purchase so that no long distant telephone costs are incurred by

2

the County of Sacramento.

Mr. Rodriguez's x-reference number of 4549904 and he is housed at 6W Pod 1 Cell 1A.

DATED: August 2, 2010

                                      /s/John R. Manning
                                      Attorney for Defendant,
                                      ROBERTO RODRIGUEZ

ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT THE Sheriff of the Sacramento County, or its agents or employees, consistent with security procedures, allow defendant ROBERTO RODRIGUEZ to place telephone calls to his family in Union de Tula, Jalisco, Mexico, every other week, at the Sacramento Main Jail's convenience (beginning, if possible, the week of August 9, 2010), using an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

DATED: August 10, 2010.

                                      /s/ John A. Mendez
                                      Hon. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE