```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ANTONIO BALDENEGRO
6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) No. CR-S 09-276 JAM |
| 12 | Plaintiff, | ) |
| | | ) STIPULATION AND ORDER VACATING |
| 13 | v. | ) DATE, CONTINUING CASE, AND |
| | | ) EXCLUDING TIME |
| 14 | ANTONIO BALDENEGRO, et al., | ) |
| | Defendant. | ) |
| 15 | | ) Date   December 7, 2010 |
| | _____ | ) Time:  9:30 a.m. |
| 16 | | ) Judge: Hon. Mendez |

17

18       **IT IS HEREBY STIPULATED** byและ between Assistant United States

19  Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Dina L.

20  Santos, Counsel for Defendant Antonio Baldenegro; Attorney Hayes Gable,

21  Counsel for Jose Lozano Lopez; Attorney Michael Bigelow, Counsel for

22  Jose Gutierrez; Attorney Clemente Jimenez, Counsel for Jesus Sandoval;

23  Attorney John Manning, Counsel for Roberto Rodriguez, that the status

24  conference scheduled for September 14, 2010 be vacated and the matter

25  be continued to this Court's criminal calendar on December 7, 2010, at

26  9:30 a.m. for further status and possible change of plea.

27       This continuance is requested by the defense in order to permit

28  counsel to continue in negotiations with the prosecution in attempt to

reach a resolution. We have recently received plea agreements from the government that need review.  Several of the clients appear to be eligible for the safety valve but need to fulfill the obligations required to receive the safety valve benefit.  Some clients are located in Butte County, which requires substantial traveling time and makes fulfillment of safety valve obligations more difficult. Most, if not all of the defendants are Spanish speaking, and require the use of an interpreter.  It is anticipated that pleas should be entered at the next court date, if not earlier.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 7, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: August 2, 2010  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Antonio Baldenegro

Dated: August 2, 2010  /S/ Hayes Gable
HAYES GABLE
Attorney for
Jesus Lozano Lopez

Dated: August 2, 2010        /S/ Michael Bigelow
                             MICHAEL BIGELOW
                             Attorney for
                             Jose Gutierrez

Dated: August 2, 2010        /S/ Clemente Jimenez
                             CLEMENTE JIMENEZ
                             Attorney for
                             Jesus Sandoval

Dated: August 2, 2010        /S/ John Manning
                             JOHN MANNING
                             Attorney for
                             Roberto Rodriguez

Dated: August 2, 2010        /S/ Heiko Coppola
                             HEIKO COPPOLA
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: September 13, 2010    /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Judge