JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-276 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| MARTIN NEVAREZ, et al, | ) |
| | ) Judge: Honorable John A. Mendez |
| Defendants. | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Roberto Rodriguez, John R. Manning, Esq., counsel for defendant Jose Lozano-Lopez, Hayes H. Gable, Esq., counsel for defendant Antonio Baldenegro, Dina L. Santos, Esq., counsel for defendant Jose Gutierrez, Michael B. Bigelow, Esq., and counsel for defendant Jesus Sandoval, Clemente M. Jimenez, Esq., that the status conference presently set for December 7, 2010 be **continued to January 18, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel require additional time to review discovery as it relates to the plea agreements provided by the government, review those plea agreements with the defendants and perform additional investigation. Therefore, the parties stipulate that the ends of justice are served by the Court excluding time from the date of the filing of the order until the date of the status conference, January 18, 2011, taking into account the exercise of due diligence. 18 U.S.C.

1

PDF created with pdfFactory trial version www.pdffactory.com

3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4.  Counsel for the parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: December 1, 2010                                        /s/  John R. Manning
                                                                  JOHN R. MANNING
                                                                  Attorney for Defendant
                                                                  Roberto Rodriguez

Dated: December 1, 2010                                        /s/  Hayes H. Gable
                                                                  HAYES H. GABLE
                                                                  Attorney for Defendant
                                                                  Jose Lozano-Lopez

Dated: December 1, 2010                                        /s/  Dina L. Santos
                                                                  DINA L. SANTOS
                                                                  Attorney for Defendant
                                                                  Antonio Baldenegro

Dated: December 1, 2010                                        /s/  Michael B. Bigelow
                                                                  MICHAEL B. BIGELOW
                                                                  Attorney for Defendant
                                                                  Jose Gutierrez

Dated: December 1, 2010                                        /s/  Clemente M. Jimenez
                                                                  CLEM ENTE M. JIMENEZ
                                                                  Attorney for Defendant
                                                                  Jesus Sandoval

Dated: December 1, 2010                                        Benjamin B. Wagner
                                                                  United States Attorney

                                                      by:     /s/ Heiko P. Coppola
                                                                    HEIKO P. COPPOLA
                                                                    Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN NEVAREZ, et al,<br><br>  Defendants. | No. CR-S-09-0276 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the December 7, 2010 status conference be continued to January 18, 2011 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to January 18, 2011.

IT IS SO ORDERED.
Dated: 12/1/2010    /s/ John A. Mendez
                     John A. Mendez
                     United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com