JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO RODRIGUEZ and<br>JESUS SANDOVAL,<br><br>Defendants. | No. CR-S-09-276 JAM<br><br>STIPULATION AND<br>CONTINUING STATUS CONFERENCE<br><br>Date: June 7, 2011<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Roberto Rodriguez, John R. Manning, Esq., and counsel for defendant Jesus Sandoval, Clemente M. Jimenez, Esq., that the status conference presently set for May 10, 2011 be **continued to June 7, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requests additional time to review and discuss the proposed plea agreements with the defendants. Therefore, the parties stipulate that the ends of justice are served by the Court excluding time from the date of the filing of the order until the date of the status conference, June 7, 2011, taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4. Counsel for the parties further stipulate and agree that the interests of justice served by

1

PDF created with pdfFactory trial version www.pdffactory.com

granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: May 5, 2011         /s/  John R. Manning
               JOHN R. MANNING
               Attorney for Defendant
               Roberto Rodriguez

Dated: May 5, 2011         /s/  Clemente M. Jimenez
               CLEM ENTE M. JIMENEZ
               Attorney for Defendant
               Jesus Sandoval

Dated: May 5, 2011         Benjamin B. Wagner
               United States Attorney

          by:  /s/ Heiko P. Coppola
             HEIKO P. COPPOLA
             Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO RODRIGUEZ and<br>JESUS SANDOVAL,<br><br>Defendants. | No. CR-S-09-0276 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the May 10, 2011 status conference be continued to June 7, 2011 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to June 7, 2011.

IT IS SO ORDERED.
Dated: 5/5/2011                                         /s/ John A. Mendez
                                                        John A. Mendez
                                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com