JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO RODRIGUEZ,<br><br>Defendant. | CR NO. S-09-CR-276 JAM<br><br>ORDER CONTINUING SENTENCING<br><br>Date: November 29, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 11, 2011. Counsel for the parties requests that the date for judgment and sentencing be continued to November 29, 2011 at 9:30am.

2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/29/11** |
| Reply, or Statement of Non-Opposition: | 11/22/11 |
| Motion for Correction of the Presentence Report<br>Shall be filed with the Court and served on the<br>Probation Officer and opposing counsel no later than: | 11/15/11 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/8/11 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 11/1/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 10/18/11 |

Dated: September 14, 2011        /s/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for defendant
                                           Roberto Rodriguez

                                           Benjamin B. Wagner
                                           United States Attorney

Dated: September 14, 2011        /s/ Heiko Coppola
                                           HEIKO COPPOLA
                                           Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-09-0276 JAM |
| Plaintiff, | |
| | ORDER CONTINUING SENTENCING |
| v. | |
| ROBERTO RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Roberto Rodriguez be continued from October 11, 2011 to November 29, 2011. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: September 14, 2011          /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    UNITED STATES
                                    DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com