JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERTO RODRIGUEZ,<br><br>    Defendant. | CR NO. S-09-CR-276 JAM<br><br>ORDER CONTINUING SENTENCING<br><br>Date:  February 28, 2012<br>Time:  9:30 a.m.<br>Judge:  Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 7, 2012. Counsel for the parties requests that the date for judgment and sentencing be continued to February 28, 2012 at 9:30am.

2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **2/28/12** |
| Reply, or Statement of Non-Opposition: | 2/21/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/14/12 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 2/7/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/31/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | N/A |

Dated: January 17, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for defendant
Roberto Rodriguez


Benjamin B. Wagner
United States Attorney

Dated: January 17, 2012  /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-09-0276 JAM |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| ROBERTO RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Roberto Rodriguez be continued from February 7, 2012 to February 28, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: 1/24/2012  /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES
DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com