| 1  | HEATHER E. WILLIAMS, Bar #122664 |
|    | Federal Defender |
| 2  | HANNAH R. LABAREE, Bar # 294338 |
|    | Assistant Federal Defender |
| 3  | Counsel Designated for Service |
|    | 801 I Street, 3rd Floor |
| 4  | Sacramento, California 95814 |
|    | Telephone: (916) 498-5700 |
| 5  | |
| 6  | Attorneys for Defendant |
|    | ROBERTO RODRIGUEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 09-276 JAM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ROBERTO RODRIGUEZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable JOHN A. MENDEZ |

Defendant, ROBERTO RODRIGUEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 8, 2012, this Court sentenced Mr. Rodriguez to a term of 85 months imprisonment;

3. His total offense level was 27, his criminal history category was IV, and the resulting guideline range was 100 to 125 months. On the government's motion, he received a reduction from the low end of the guideline range;

Stipulation and Order Re: Sentence Reduction     1

4. The sentencing range applicable to Mr. Rodriguez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Rodriguez's total offense level has been reduced from 27 to 25, and his amended guideline range is 84 to 105 months. A reduction comparable to the one received at the initial sentencing would produce a term of 71 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez's term of imprisonment to a total term of 71 months.

Respectfully submitted,

| | |
|---|---|
| Dated: October 9, 2015 | Dated: October 9, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ROBERTO RODRIGUEZ |

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 84 to 105 months. A reduction comparable to the one received at the initial sentencing produces a term of 71 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is reduced to a term of 71 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 14, 2015

                                /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                United States District Court Judge